**FILED**
2005 MAY -9 P 5:04
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DATE: April 11, 2005

ERIC HOOTEN / Petitioner

-VS-  3:02-CR-278(JCH)

UNITED STATES OF AMERICA / Respondent / MOTION FOR EXTENSION OF TIME

MOTION FOR EXTENSION OF TIME TO ANSWER MY 28 U.S.C. §2255

Now comes the petitioner, Eric Hooten acting Pro-Se and moves the Honorable court to grant an extension of time to answer my 28 U.S.C. §2255 for the following reasons

1. Petitioner is limited in his ability of law and depends on other inmates to assist him with his legal work.

2. Petitioner works a full week at the prison and is very limited to the time he can spend in the law library because of the hours that the library is open.

For the foregoing reasons the Petitioner is asking for a forty five (45) day extension of time and that the date would start from his deadline date of April 22, 2005.

cc  Clerk of Court
    Judge Janet C. Hall
    US Attorney Mark Rubino

Respectfully Submitted,
Eric Hooten  14881-014
FCI Fort Dix
P.O. Box-7000
Fort Dix, NJ. 08640