RECEIVED

2005

Eric Hooten (Petitioner)

-V-

United States of America (Respondent)

FILED

Criminal No.
2005 OCT 31
3:02-CR-278(JCH)
U.S. DISTRICT COURT
October 19, 2005
BRIDGEPORT, CONN

## Petitioner's Request For Appointment of Counsel

Petitioner respectfully requests this Honorable Court to appoint him counsel due to the foregoing reasons.

### I.

Petitioner lacks the legal knowledge of arguing the matters that are brought before the court through his motion pursuant to 28 §2255 while he may be able to present the correct language and law supporting his issues in a written manner, he does not have the oral communication skills. Moreover petitioner lacks the legal education to represent himself.

### II

The library hours are significantly limited, as petitioner is required to work 7 days a week (Monday-Sunday) from 6:30am-3:30pm and sometimes some evening hours.

The library hours during the evening are supposed to be from 6:00pm - 8:30pm Monday-Thursday, there are no Friday evening hours. On Saturday the hours are supposed to be 8:00am-9:15am and reopen again at 12:00pm - 3:15pm. The library has no Sunday hours.

The poor library hours and law clerk who completely lack legal knowledge such as myself and the lack of working typewriters is a hinderance from pursuing and properly presenting all issues and anyone who complains to prison administration in regards to the education

Department are Targeted for retaliation by other staff.

### III

The court should consider the petitioners request for counsel. Petitioner has tried to obtain counsel, due too the law library, here at FCI Ft. Dix not having any out of state attorney phone books and or listing of addresses. By my monies being very limited I am unable to purchase mailing stamps nor am I able to make telephone calls to find an avaliable attorney. The administration does not give you attorney calls if it is not the attorney representing you in court, if you get a chance for a legal call.

Petitioner respectfully request court to appoint counsel, In the alternative provide petitioner with a listing of Pro-Bono attorney's so that he may continue his efforts in securing counsel.

Respectfully submitted,
Eric Hooten
Eric Hooten (Petitioner)

Eric Hooten #14881-014
FCI Ft. Dix
P.O. Box-7000
Ft. Dix, NJ. 08640