## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

UNITED STATED MARSHAL                                              3:02cr278JCH

April 10, 2006

re: ERIC HOOTEN 14881-014
    FCI FORT DIX


YOU ARE HEREBY COMMANDED to have the body of <u>Eric Hooten</u>, now detained under your custody, produced before Honorable Janet C. Hall, United States District Judge for the District of Connecticut, at 915 Lafayette Boulevard, Bridgeport, on or about the week of April 17, 2006, or from time to time thereafter as the case may be adjourned, and immediately thereafter the said Eric Hooten will be returned under safe and secure conduct.

WITNESS the Honorable Janet C. Hall, United States District Judge at Bridgeport, Connecticut, this 10th of April, 2006.


                                            KEVIN F. ROWE, Clerk

                                            By     /s/Catherine Boroskey
                                                  Catherine Boroskey
                                                  Deputy Clerk


DC 10 - Habeas Corpus