UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 3:02 CR 278(JCH) |
| VS. | : | |
| ERIC HOOTEN | : | August 2, 2006 |

**SECOND AMENDED MOTION UNDER 28 USC § 2255 TO
VACATE OR SET ASIDE DEFENDANT'S CONVICTION AND SENTENCE**

BACKGROUND

The defendant ERIC HOOTEN, through his attorney, submits this Second Amended Motion under 28 USC § 2255 to Vacate or Set Aside Defendant's Conviction and Sentence.

Defendant previously filed a *pro se* motion under 28 USC § 2255 [doc. #70]. That motion was denied by this Court with leave for defendant to move to reopen in order to amend his petition to allege that his waiver of the rights to appeal and collaterally attack his sentence was not knowing and voluntary [doc. #82]. In response to the Court's order denying his motion, defendant filed a *pro se* amendment to his § 2255 motion [doc. #89]. Thereafter, defendant filed a request for appointment of counsel [doc. #90]. That motion was granted by the Court and undersigned CJA counsel was appointed to

represent defendant.

This Second Amended Motion presents one issue not addressed in defendant's prior *pro se* motion and amendment, specifically that defendant's waiver of the rights to appeal and collaterally attack his sentence was not knowing and voluntary.

FACTS

Defendant incorporates the factual allegations in his Affidavit which is attached hereto.

ARGUMENT

The Second Circuit has held that courts "must scrutinize waivers [of the right to appeal] closely and apply them narrowly." United States v. Ready, 82 F.3d 551, 556 (2d Cir. 1996). "In plea agreements, 'waivers of constitutional rights not only must be voluntary but must be knowing, intelligent acts done with sufficient awareness of the relevant circumstances and likely consequences.'" Id*, citing,* Brady v. United States, 397 U.S. 742, 748 (1970).

As defendant's waiver of the right to appeal or collaterally attack his sentence in this case was not knowing and voluntary, it should not be enforced by this Honorable Court.

CONCLUSION

For the aforementioned reasons and based upon the record in this case, defendant respectfully requests that the Court grant his motion to vacate or set aside his conviction and sentence. In the alternative, defendant respectfully requests that the Court schedule a hearing regarding the issue raised in the instant Motion and that defendant be brought to Court to be present for any such hearing.

```
                              THE DEFENDANT
                              ERIC HOOTEN


                        By:_____
                              Peter J. Schaffer
                              1127 High Ridge Road, #330
                              Stamford, CT 06905-1203
                              Tel. (203) 322-3031
                              Bar No. ct14606
                              His Attorney
```

CERTIFICATION

This is to certify that a copy of the foregoing was mailed on this date to:

Mark D. Rubino, AUSA
Office of the U.S. Attorney
157 Church Street
P.O. Box 1824
New Haven, CT 06508

_____
Peter J. Schaffer