UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 3:02 CR 278(JCH) |
| VS. | : | |
| ERIC HOOTEN | : | June 24, 2006 |

### AFFIDAVIT OF DEFENDANT

The defendant ERIC HOOTEN, being duly sworn, submits the following in support of his Second Amended Motion under 28 USC § 2255 to Vacate or Set Aside Defendant's Conviction and Sentence:

1. On the morning of February 12, 2003, the date of my guilty plea in Federal Court, I was told by my appointed counsel William Paetzold that there was a "new" plea agreement.

2. My conversation with Mr. Paetzold regarding this "new" plea agreement was very short and I did not get a chance to read the agreement for myself and then ask questions about it before being brought into Court to enter my plea. My entire conversation with Mr. Paetzold that morning prior to going into Court lasted only a few minutes.

3. Mr. Paetzold did not explain and I did not understand how this "new" plea agreement was different from a prior plea agreement he and I had discussed briefly on a previous date.

4. Mr. Paetzold never explained and we never discussed a waiver of the right to appeal or collaterally attack my sentence prior to going into Court on February 12, 2003.

5. On February 12, 2003, I didn't know or understand about my right to appeal the Court's sentence and I had absolutely no idea what the phrase "collaterally attack" meant.

6. Mr. Paetzold advised me against asking questions or speaking to the Court while I was in Court entering my plea.

7. At the time I entered my guilty plea, I did not understood the potential consequences of waiving my right to appeal and collaterally attack my sentence. If I had understood what waiving my right to appeal and collaterally attack my sentence meant, I would not have agreed to waive those rights.

_____
ERIC HOOTEN

Subscribed to and sworn to before me on this date: 7/27/06

_____
Notary Public

SHELBY E. DUNCAN
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 5/26/2011

2