# MANDATE

**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**
**THURGOOD MARSHALL U.S. COURT HOUSE**
**40 FOLEY SQUARE**
**NEW YORK 10007**

**Thomas Asreen**
**ACTING CLERK**

*UNITED STATES COURT OF APPEALS*
**FILED**
**APR 1 1 2007**
*Thomas Asreen, Acting Clerk*
*SECOND CIRCUIT*

| | |
|---|---|
| Date: | 4/11 /07 |
| Docket Number: | 06-5495-pr |
| Short Title: | Hooten v. USA |
| DC Docket Number: | 03-cv-1972 |
| DC: | CONNECTICUT (NEW HAVEN) |
| DC Judge: | Honorable Janet Hall |

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 11th  day of  April, two thousand seven.

Eric Hooten,

    Petitioner-Appellant,

       v.

United States of America,

    Respondent-Appellee.

The *Civil Appeals  Management Plan* of this court directs that within ten (10) days after filing a Notice of Appeal, the appellant shall, <u>inter</u> alia,  either pay the docketing fee or move for leave to proceed *in forma pauperis*, and that in the event of default of this requirement  the Clerk may dismiss the appeal without further notice.

The appellant herein not having so proceeded, upon consideration thereof, it is **ORDERED** that the appeal from the order of  October 24, 2006 United States District Court for the District of Connecticut at New Haven be, and it hereby is **DISMISSED**.  Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

A TRUE COPY
Thomas Asreen, Acting Clerk

by _Yolanda Siders_
    Deputy Clerk

For the Court,
Thomas Asreen, Acting Clerk

_Yolanda Siders /ng_
By: Yolanda Siders
Deputy Clerk

Issued as Mandate:
4/11/07

**UNITED STATES COURT OF APPEALS**
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

Thomas Asreen
ACTING CLERK

*[stamp]* UNITED STATES COURT OF APPEALS
FILED
APR 1 1 2007
Thomas Asreen, Acting Clerk
SECOND CIRCUIT

Date:                        4/11/07
Docket Number:      06-5495-pr
Short Title:             Hooten v. USA
DC Docket Number: 03-cv-1972
DC:                         CONNECTICUT (NEW HAVEN)
DC Judge:              Honorable Janet Hall

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 11th day of April, two thousand seven.

Eric Hooten,

    Petitioner-Appellant,

       v.

United States of America,

    Respondent-Appellee.

The *Civil Appeals Management Plan* of this court directs that within ten (10) days after filing a Notice of Appeal, the appellant shall, <u>inter</u> alia, either pay the docketing fee or move for leave to proceed *in forma pauperis*, and that in the event of default of this requirement the Clerk may dismiss the appeal without further notice.

The appellant herein not having so proceeded, upon consideration thereof, it is **ORDERED** that the appeal from the order of October 24, 2006 United States District Court for the District of Connecticut at New Haven be, and it hereby is **DISMISSED**. Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

THE MANDATE, CONSISTING OF
ITEMS BELOW, HAS BEEN RECEIVED
( ) OPINION ( ) STATEMENT OF COSTS
(✓) ORDER

RECEIVED BY:_____DATE_____

For the Court,
Thomas Asreen, Acting Clerk

*Yolanda Siders* /ng
By: Yolanda Siders
Deputy Clerk