UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
|     Plaintiff, | : | CRIMINAL NO. |
| | : | 3:02-CR-278(JCH) |
| v. | : | |
| | : | |
| ERIC HOOTEN | : | JUNE 2, 2008 |
|     Defendant. | : | |

**RULING**

The defendant, pro se, has moved for a reduction of his sentence due to the recent amendment of the Sentencing Guidelines concerning crack cocaine. The Sentencing Commission has amended the Guidelines, through Amendment 706, effective November 1, 2007, to reduce the base offense level for most crack offenses, and it has determined to apply it retroactively, effective March 3, 2008, U.S.S.G. App. C., Amendment 713.

According to the Judgment in this case, the defendant was convicted of the crime of possession with intent to distribute heroin in violation of Title 21 of the United States Code, Sections 841(a)(1) and (b)(1)(C). Thus, his sentence was not based on the crack cocaine guidelines.

It also bears noting that the defendant was a career offender and his guideline sentencing range would not be lowered, even if Amendment 706 applied to his case.

Therefore, the defendant's Motion to Reduce Sentence (Doc. No. 101) is denied.

**SO ORDERED.**

Dated at Bridgeport, Connecticut, this 2nd day of June, 2008.

    /s/ Janet C. Hall
Janet C. Hall
United States District Judge